## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

ROMAN FORD #156841                           CASE NO. 1:17-CV-00192 SEC P

VERSUS                                       CHIEF JUDGE DRELL

LASALLE CORRECTIONAL CENTER      MAGISTRATE JUDGE PEREZ-MONTES
ET AL

### MEMORANDUM ORDER

Before the court is a complaint filed on January 25, 2017.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this

order, amend the pleadings by submitting the information indicated above to the following

address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __30th__ day of ____January____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application