**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ROMAN FORD #156841**                    **CASE NO. 1:17-CV-00192 SEC P**

**VERSUS**                               **CHIEF JUDGE DRELL**

**LASALLE CORRECTIONAL CENTER ET**        **MAGISTRATE JUDGE PEREZ-MONTES**
**AL**

**MEMORANDUM ORDER**

The application to proceed *in forma pauperis* having been considered,

IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

IT IS FURTHER ORDERED UNDER 28 U.S.C. § 1915(b) that no initial partial filing fee be paid.

IT IS FURTHER ORDERED that plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is paid. The Sheriff, Warden, or authorized prison official shall forward such payments from the inmate's account to the **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083**, each time the amount in the inmate's account exceeds $10.00 until the balance of the $350.00 filing fee is paid in full.

IT IS ALSO ORDERED THAT, if plaintiff is transferred to another facility or released from custody, the plaintiff shall notify the Court of his new facility or forwarding address.

THUS DONE in Chambers on this _____ day of _____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

cc Prison Accounts Officer - JPCC I