Roman Ford V.S. LaSalle Correctional Center

Assigned to Chief Judge Dee Drell

Referred to Magistrate Judge Joseph H.L Perez-Montes

Case Number: 1:17-cv-00192-DDD-JPM

RECEIVED

NOV 2 8 2017

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

## Negligence

On November 5, 2016 I, Roman Ford, slipped and fell in the Cafeteria at LaSalle Correctional Center. Sergeant Pond, Sergeant Nugent, and Lieutenant Self were assigned to work the Kitchen that morning. The officers told the kitchen staff to add more water to the grits. As they were doing so some grits fell on the floor. After I got my tray and was heading to my table I slipped and fell on the grits that had spilled onto the floor. As I fell I hit my head on the table. I also injured my lower back, Jaw, ribs, and legs. I was assisted to medical by Sergeant Pond, Sergeant Nugent, and Lieutenant Self but was not seen by Medical staff until December 19, 2016, forty-four days after the accident. I was only seen on December 19, 2016 by the doctor because I sent in a medical request on November 8, 2016 to be checked out and recieve something for the pain. The doctor only said that my blood pressure had increased and started me on medicine to help lower my blood pressure. I filed a grievance (grievance number 126176-A) and in my responce Warden Frederick stated that he was aware of the incident however since there was a sign present indicating that the floor was wet my grievance was null and void. Upon Inspection of the cafeteria I saw no posted notices to beware of any wet floors or any sign saying to beware of spilled food.